**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

No. 05-7090

————————

IN RE:  JUSTIN HAWKINS,

                                                    Petitioner.

————————

On Petition for Writ of Mandamus.
(CR-98-16)

————————

Submitted:  September 29, 2005        Decided:  October 11, 2005

————————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

————————

Petition denied by unpublished per curiam opinion.

————————

Justin Hawkins, Petitioner Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Justin Hawkins petitions for writ of mandamus, alleging that the district court has unduly delayed implementing our instructions on remand in this court's opinion in <u>United States v. Hawkins</u>, 104 F. App. 321 (4th Cir. Aug. 11, 2004) (unpublished). He seeks an order from this court directing the district court to act. Our review of the district court docket sheet reveals that the court entered its order on remand on October 6, 2004. Accordingly, because the district court has complied with our remand order, we deny the mandamus petition as moot. We grant Hawkins leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>